**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| NANCY ROLLER, | : | |
| Plaintiff, | : | Case No.  3:06CV404 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| JOANNE B. BARNHART,[1]<br>Commissioner of the Social<br>Security Administration, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY**

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 25, 2008 (Doc. #12) is ADOPTED in full;

2. The Commissioner's non-disability finding is AFFIRMED; and

---

[1] Michael J. Astrue is the current Commissioner of the Social Security Administration, and he is therefore the proper-party defendant in this case.  For docketing continuity, the caption of this case remains the same.

    3.    The case is terminated on the docket of this Court.

May 14, 2008                                                    **S/THOMAS M. ROSE**

                                                                                Thomas M. Rose
                                                                   United States District Judge